# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

FREZGI KELETE MEHARI,

        Petitioner,

v.                             CIVIL ACTION NO.   2:26-cv-00039

CHRISTOPHER MASON, et al.,

        Respondents.

## ORDER

For reasons appearing to the Court, the show cause hearing currently scheduled for January 27, 2026, is **CONTINUED** to **January 28, 2026, at 3:00 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      January 26, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE